UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00106-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NAPOLEON ROJAS, a/k/a Alvaro Gonzalez Rojas, a/k/a Napoleon Gonzalez Rojas, a/k/a Nabpleon Rojas Gonzalez, a/k/a Alvaro Rojas Gonzalez;
2. ARMANDO SERAFIN GONZALEZ-ROJAS; and
3. AIDE PEREZ PEREZ,

    Defendants.

## AMENDED ORDER

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, April 15, 2009,** and responses to these motions shall be filed by **Friday, April 24, 2009.** It is

    FURTHERED ORDERED that a five-day jury trial is set to commence **Monday, May 4, 2009, at 9:00 a.m. in courtroom A-1002.**

    March 3, 2009

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief U. S. District Judge