IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00106-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  NAPOLEON ROJAS, a/k/a Alvaro Gonzalez Rojas, a/k/a Napoleon Gonzalez Rojas, a/k/a Nabpleon Rojas Gonzalez, a/k/a Alvaro Rojas Gonzalez;
2.  ARMANDO SERAFIN GONZALEZ-ROJAS; and
3.  AIDE PEREZ PEREZ,

       Defendants.

## PROTECTIVE ORDER

THIS MATTER is before the Court on consideration of the Government's Motion for Protective Order, filed March 5, 2009 [#32]. The United States Attorney's Office has lab reports provided by ATF (hereinafter "Reports") that contain proprietary information from Philip Morris and Lorillard Tobacco. The Government seeks to disclose the Reports to defense counsel pursuant to a Protective Order. By Minute Order dated March 6, 2009 [#33], Defendants were directed to indicate whether they opposed the Motion on or before Friday, March 13, 2009. On March 6, 2009, Defendant Rojas filed a statement indicating that he did not opposed the Motion. On Wednesday, March 18, 2009, Defendant Perez Perez filed a statement indicating that he does not oppose the Motion. To date, Defendant Gonzalez-Rojas has not filed a response. I will construe Defendant Gonzales-Rojas' failure to respond as acquiesce in the Motion. Therefore, it is hereby

ORDERED AS FOLLOWS:

For good cause shown the Government's Motion for Protective Order, filed March 5, 2009 [#32], is **GRANTED**. It is

FURTHER ORDERED that the Reports may be disclosed under the following conditions:

1.     Defense counsel shall keep the Reports and any notes or other materials prepared based upon or referring to information in the Reports in strict confidence. Defense counsel shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose.

2.     The Reports may be viewed only by defense counsel and such members of their staff as are necessary for the purposes outlined above and, as it pertains to staff, only while necessary staff are operating under the direct supervision and control of defense counsel. Defense counsel shall ensure that all persons in their offices, who are to handle such information, read this Order and are informed of their responsibility to safeguard this information. The Reports may also be shared with defense experts but again, such experts must read this Order and be informed of their responsibility to safeguard this information.

3.     Defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered and the dates of delivery. Defense counsel shall also deliver a copy of this Order with the materials.

4.     Defendant shall not under any circumstances be permitted to view any of

the Reports without petition to and further order of the Court.

5. A copy of this Order shall be kept with the Reports at all times.

6. At the conclusion of the case in this court, by entry of the Court's judgment, counsel within ten days shall collect all such copies and return them to the Government.

Dated: March 18, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge