IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   09-cr-00106-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  NAPOLEON ROJAS, a/k/a Alvaro Gonzalez Rojas, a/k/a Napoleon Gonzalez Rojas, a/k/a Nabpleon Rojas Gonzalez, a/k/a Alvaro Rojas Gonzalez,

    Defendant.

---

PRELIMINARY ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture.  The Court having read said Motion and being fully advised in the premises finds:

THAT on September 18, 2009, the United States and Defendant Napoleon Rojas a/k/a Alvaro Gonzalez Rojas a/k/a Napoleon Gonzalez Rojas a/k/a Napoleon Rojas Gonzalez a/k/a Alvaro Rojas Gonzalez (hereinafter "defendant Rojas") entered into a Plea Agreement, Cooperation Agreement and Stipulation of Facts which provides a factual basis and cause to issue a forfeiture order under Title 18, United States Code, Section 981(a)(1)(C), Title 49, United States Code, Section 80303, Title 28, United States Code, Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure; and

THAT prior to the disposition of the asset, the United States is required to seize the forfeited property and to provide notice to third parties pursuant to Title 21, United

States Code, Section 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Rojas' interest in the following property is forfeited to the United States in accordance with Title 18, United States Code, Section 981(a)(1)(C), Title 49, United States Code, Section 80303, and Title 28, United States Code, Section 2461(c):

  a. A money judgement in the amount of $101,349.85, representing proceeds obtained by the conspiracy, for which the defendant is joint and severally liable;

  b. $1,685.03 in United States Currency seized from the defendant;

  c. One 1999 Ford F150, VIN 1FTRX17W1XKB04935; and

  d. One 2005 WorkSport Trailer, VIN 4P2FB08145U060562.

THAT the United States Bureau of Alcohol, Tobacco, and Firearms, or its designated agent, is directed to seize and take custody of the personal property subject to forfeiture;

THAT the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming an interest in the above-described property must file their claims within thirty (30) days of the last date of publication and make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated:  December 11, 2009

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge