IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00106-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NAPOLEON ROJAS aka ALVARO GONZALEZ ROJAS aka NAPOLEON GONZALEZ ROJAS aka NAPOLEON ROJAS GONZALEZ aka ALVARO ROJAS GONZALEZ,

    Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture, filed June 18, 2010 [Docket #104], concerning the following property:

    a. $1,685.03 in United States Currency seized from the defendant (subject Currency);

    b. $3,000.00 in United States Currency paid by petitioner Serafin Gonzalez to be forfeited in lieu of the 1999 Ford F150, VIN 1FTRX17W1XKB04935 (subject Truck); and 2005 WorkSport Trailer, VIN 4P2FB08145U060562 (subject Trailer).

The Court having read said Motion and being fully advised in the premises finds:

THAT the United States commenced this action pursuant to 18 U.S.C. §981(a)(1)(C), 49 U.S.C. §80303, 28 U.S.C.§2461(c), and Rule 32.2 of the Federal

Rules of Criminal Procedure, and Rule 32.2 of the Federal Rules of Criminal Procedure;

THAT a Preliminary Order of Forfeiture was entered on December 11, 2009, [Docket #85];

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. §853(n);

THAT the only petitions for an ancillary hearing to have been filed in this matter are that of Serafin Gonzalez for the subject Truck and subject Trailer, and Lorena Gonzales for the subject $1,685.03 in United States Currency, and those petitions have been resolved;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §981(a)(1)(C), 49 U.S.C. §80303, 28 U.S.C.§2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure;

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §981(a)(1)(C), 49 U.S.C. §80303, 28 U.S.C.§2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, free from the claims of any other party:

    a. $1,685.03 in United States Currency seized from the defendant (subject Currency); and

    b. $3,000.00 paid to the United States by petitioner Serafin Gonzalez in lieu of forfeiture of the subject Truck and Trailer;

THAT the United States shall have full and legal title to the forfeited property and

may dispose of it in accordance with law.  It is

FURTHER ORDERED that the Petition filed by Serafin Gonzalez on April 26, 2010 [Docket #94] is **DENIED AS MOOT**.

Dated:  June 21, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge